## OWEN *vs.* ECHOLS.

[MOTION TO DISMISS APPEAL.]

1. *Transcript not filed in time.*—The appeal in this case was dismissed, on motion, because the transcript was not filed until the third term after the appeal was taken.

APPEAL from the Circuit Court of Shelby.

Tried before the Hon. GEORGE D. SHORTRIDGE.

MOTION to dismiss the appeal, and to strike the case from the docket, because the transcript was not filed within the proper time; the transcript having been filed on the 1st January, 1856, while the appeal was taken to the January term, 1855.

JOHN T. MORGAN, for the motion.

JAMES E. BELSER, *contra.*

WALKER, J.—Two terms of this court have elapsed, since this appeal was taken; and now, at this term, the transcript is delivered to the clerk, to be filed. The case must be dismissed, on the authority of the following decisions: Cooper v. Maclin's Heirs, 25 Ala. 298; Perryman v. Camp, 24 *ib.* 438; United States v. Haden & Everett, 5 Porter, 533; also, Code, § 3030.